FILED
February 6, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# IN THE THIRD COURT OF APPEALS
## OF TEXAS AT AUSTIN

*******************************************

## No. 03-14-00404-CV

---

### KEVIN TOWER AND KARRIE LYNN TOWER,
*Appellants,*

**v.**

### BANK OF AMERICA, N.A.
**Appellee.**

*******************************************

## APPELLANTS FIFTH MOTION FOR EXTENSION OF TIME

COMES NOW APPELLANTS Kevin Tower and Lynn Tower ("Appellants") and files this their Fourth Motion for Extension of Time to file an Appeal Brief, and in support thereof, would show as follows:

## I. FACTS

1.      This matter originated from the Hays County Court at Law.  Appellants' were the Defendant's in a case styled, ***Bank of America, N.A. v. Kevin Tower***, Cause No. 13-0320-C.

2.      Appellants' received notice that their brief was due on October 20, 2014 and filed a motion for extension of time.

3.      Appellants' are as of February 2, 2015, in receipt of The Order granting an extension for Appellants to file their Brief on February 4, 2015.

## II. ARGUMENT & AUTHORITIES

5.      Tex. R. App. P. 38.6(a) demands the Appellants' brief be submitted as of the latter to occur of (1) the date the clerk's record was filed; or (2) the date the reporter's record was filed.

RECEIVED
FEB 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

6.        However, for good cause this Court may grant an extension. Since the Appellants' were not in receipt of the official records specified above there was no way Appellants' could complete their brief.

7.        Texas Rules of Appellate Procedure (Tex. R. App. P. 38.6(d)) contemplates just this situation and allows the Court to modify the timeframe for submission of the Appellants brief. Since a delay has been experienced which will affect the viability of its appeal the Appellant is requesting additional time in which to prepare its brief.

8.        Attached is an affidavit verifying Appellants receipt of Order granting extension on February 2, 2015.

9.        Since Appellant now has the reporter's official record and the clerk's official record there should be no further delay whatsoever and the brief will be filed on same day as this Motion being February 6, 2015 and Appellants ask for the Court to accept this filing two days later than the date issued on the Order granting the previous extension.

## III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant preys that this Court grant an extension of time to file Appellants Appeal Brief.

Respectfully submitted:

Kevin Tower

Pro-Se

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of February 2015, a true and correct copy of the foregoing was served as stated below pursuant to the Texas Rules of Civil Procedure.

Mr. Jonathan M. Williams
Marinosci Law Group, P.C.
14643 Dallas Parkway, Suite 750
Dallas, Texas 75254
(972) 331-5240

☐ Electronic File via ProDocEfile.com
☒ Confirmed Facsimile
☐ Hand Delivery
☐ Regular U.S. Mail
☐ CMRRR

Kevin Tower

# AFFIDAVIT OF FACT

STATE OF TEXAS          §

                                   §

COUNTY OF TRAVIS      §

I, Kevin A. Tower testify to the following:

I, Kevin A. Tower am the Appellant in the attached Brief. I am above the age of twenty-one and fully capable of making this affidavit.

"I did not receive the Order granting my extension to file a brief until late February 2, 2015. The Order stated I had until February 4, 2015 to complete the attached Brief. I contacted the Court after I received the Order to inform the Court I just received it and was unsure if I can complete the Brief by February 4, 2015. I have been working on the Brief ever since as a Pro Se Party in this litigation and my inexperience has caused my delay and I have not been able to complete this Brief until today. I apologize to the Court for this delay and have no intention of causing any delay in the legal process."



KEVIN A. TOWER

SUBSCRIBED AND SWORN TO BEFORE ME on ___february 6, 2015___, by Kevin A. Tower who is personally known to me. Prior to signing this affidavit I personally administered the oath and affirm that Kevin A. Tower took same oath and confirmed same as true and correct.

JESSICA R. THOMAS
MY COMMISSION EXPIRES
May 16, 2016

Notary Public in and for the State of Texas
My Commission expires _May 16, 2016_